# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00190-CR

**Jeffrey Edwin Prewitt, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. 3011512, HONORABLE FRANK W. BRYAN, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jeffrey Edwin Prewitt seeks to appeal from a judgment of conviction for murder. The trial court has certified that this is a plea bargain case and Prewitt has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id.* rule 25.2(d).

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed: April 7, 2006

Do Not Publish